# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIEZER ALEJANDRO-PADILLA,<br><br>Defendant. | CIVIL NO. 16-004 (PAD) |

## ORDER

Before the court is defendant's "Motion to Suppress Evidence and Request for a Franks Hearing" (Docket No. 61), which the government opposed (Docket No. 70). The motions were referred to U.S. Magistrate Judge Bruce J. McGiverin, who issued a Report and Recommendation (Docket No. 113). To date, no objections have been filed.

After conducting a *de novo* review of the record, the court determines that the U.S. Magistrate Judge's findings in the report are supported by the record and the law. It hereby ADOPTS in its entirety report for the reasons stated therein. Accordingly, defendant's motion to suppress is DENIED. A Status Conference will be held on June 9, 2017 at 9:30 p.m.

**SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of May, 2017.

s/Pedro A. Delgado-Hernández<br>
PEDRO A. DELGADO-HERNÁNDEZ<br>
United States District Judge